UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DUSTIN RICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:23-CV-82-KAC-CRW |
| KINGSPORT TENNESSEE POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

The Court entered an "Order Dismissing Action Without Prejudice On Terms" dismissing this action without prejudice on certain terms under Federal Rule of Civil Procedure 41(a)(2). Therefore, it is appropriate to enter judgment. The Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT